UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the
representative of a class of similarly situated persons,

                            Plaintiff,

             - against -

IMPOSSIBLE FOODS INC.,

                           Defendant.
------------------------------------------------------------X

Case No.   1:20-cv-4218-LDH-RER

**NOTICE OF SETTLEMENT**

      Now comes the Plaintiff, Angel Rodriguetz, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

      1.  The parties have reached an agreement and a settlement agreement ("Agreement") enforceable by the court is in the process of being finalized.  Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

      2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

      3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated:  Scarsdale, New York
        November 2, 2020

                                         SHAKED LAW GOUP, P.C.
                                         Attorneys for Plaintiff

                                   By: */s/Dan Shaked*_____
                                      Dan Shaked (DS-3331)
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com